**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6572**


UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

       v.

ANTHONY LAMAR SNIPE,

            Defendant - Appellant.

**No. 08-6774**


UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

       v.

ANTHONY LAMAR SNIPE,

            Defendant - Appellant.


Appeals from the United States District Court for the District of South Carolina, at Charleston. Patrick Michael Duffy, District Judge. (2:02-cr-00833-PMD-1)


Submitted: September 16, 2008      Decided: September 22, 2008


Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

---

Anthony Lamar Snipe, Appellant Pro Se.  John Charles Duane, Eric John Klumb, Assistant United States Attorneys, Charleston, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated cases, Anthony Lamar Snipe appeals the district court's orders denying his motion for a reduction in sentence under 18 U.S.C. § 3582(c)(2) (2000), his request for a reduction in sentence based on substantial assistance, 18 U.S.C. § 3553(e) (2000), and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Snipe, No. 2:02-cr-00833-PMD-1 (D.S.C. Mar. 27, 2008, Apr. 16, 2008, & Apr. 29, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED